**Order entered September 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01073-CR

**WARREN RAY PATTON, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 14-00353-422-F**

## ORDER

The Court **GRANTS** appellant's September 11, 2014 motion to substitute counsel.

We **ORDER** the Clerk of the Court to remove Taryn Davis as appellate counsel and to

show Dan Wood, Jr. as appellate counsel of record.

/s/     ADA BROWN
        JUSTICE